JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BILLY PAUL BIRDWELL, II, | ) | NO. CV 16-7221-AG (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| STATE OF CALIFORNIA, | ) | |
| Respondent. | ) | |

The Court enters judgment for Respondent and against Petitioner.

DATED: October 5, 2016

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE